**Dismissed and Opinion Filed October 9, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00034-CV

## IN THE ESTATE OF RONNY LYNN HALIBURTON, DECEASED,

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2019-1-472P**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Nowell
Opinion by Justice Nowell

Before the Court is a joint motion to voluntarily dismiss this appeal because

the parties have settled their dispute. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

230034f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE ESTATE OF RONNY
LYNN HALIBURTON,
DECEASED

No. 05-23-00034-CV

On Appeal from the County Court at
Law No. 1, Grayson County, Texas
Trial Court Cause No. 2019-1-472P.
Opinion delivered by Justice Nowell.
Justices Molberg and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of the appeal.

Judgment entered this 9th day of October, 2023.